IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br>In the Matter of Devan Myles Mullins - #146466 | No. C 14-80068 WHA<br>**ORDER OF SUSPENSION** |

     Because Devan Myles Mullins has failed to respond to the order to show cause, Mr. Mullins' membership in the bar of this Court is hereby **SUSPENDED**.

     **IT IS SO ORDERED.**

Dated: April 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE